**FILED**
CLERK, U.S. DISTRICT COURT

2/07/24

**CENTRAL DISTRICT OF CALIFORNIA**
BY: \_\_\_\_\_EB\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>PATRICK ALBERTO PEREZ LUCIO,<br><br>            Defendant. | No. 8:24-cr-00015-JVS<br><br><u>I N D I C T M E N T</u><br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |

   The Grand Jury charges:

            [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

   On or about January 24, 2024, in Orange County, within the Central District of California, defendant PATRICK ALBERTO PEREZ LUCIO knowingly and intentionally possessed with intent to distribute at

//

//

//

least 500 grams, that is, approximately 57.66 kilograms, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ROSALIND WANG
Assistant United States Attorney
Santa Ana Branch Office